SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7359
    Facsimile: (415) 436-7234
    Email: denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> GILSON ARAUJO and ) <br> WANDER CARLOS DE ARAUJO, ) <br>     Material Witnesses. ) <br> _____) | No. 07-90419 MISC EDL <br><br> **STIPULATION AND PROPOSED ORDER** |

On September 19, 2007, upon the filing of a Material Witness Application by the United States, the Honorable Elizabeth D. Laporte ordered that arrest warrants be issued for Gilson Araujo and Wander Carlos De Araujo as a material witnesses pursuant to Title 18, United States Code, Section 3144 and further ordered that the parties take the depositions of the material witnesses pursuant to Fed. R. Crim. P. 15(a). In the interests of proceeding to depositions

STIPULATION AND [PROPOSED] ORDER, No. CR 07-90419 MISC EDL

expeditiously, counsel for the Araujo and De Araujo each waived the right to a detention hearing in light of the fact that each witness was detained on pending criminal matters and subject to an immigration detainer.

On October 12, 2007, material witnesses Gilson Araujo and Wander Carlos De Araujo were deposed pursuant to the September 19, 2007 Order.  Also, on October 12, 2007, Gilson Araujo and Wander Carlos De Araujo each were sentenced on their respective criminal matters, 07-536 MAG and 07-575 MAG, and received time-served sentences.

Once a material witness has given testimony, he may seek release from detention on the material witness arrest warrant.  Courts have routinely held that continued detention of a material witness pending trial constitutes an "exceptional circumstances" as contemplated by Fed. R. Crim. P. 15(a) and is a basis to permit the taking of a deposition.  <u>United States v. Lai Fa Chen</u>, 214 F.R.D. 578, 580 (N.D. Ca. 2003).  Further, this Circuit has held that "No material witness shall be detained because of inability to comply with conditions of release if the testimony of such witness can adequately be secured by deposition ..." <u>Bacon v. United States</u>, 449 933 (9th Cir. 1971).  The testimony of both material witnesses, Gilson Araujo and Wander Carlos De Araujo, was secured by deposition on October 12, 2007.  Accordingly, the parties jointly move to recall the Material Witness Arrest warrants, dismiss this Material Witness matter, and release the

//

//

//

//

//

//

//

STIPULATION AND [PROPOSED] ORDER, No. CR 07-90419 MISC  EDL

material witnesses, Gilson Araujo and Wander Carlos De Araujo, FORTHWITH to the custody of Immigration

and Customs Enforcement.

Dated: October 13, 2007

Respectfully submitted,
SCOTT N. SCHOOLS
United States Attorney


_____/s/_____
DENISE MARIE BARTON
Assistant United States Attorney


_____/s/_____
ALAN DRESSLER
Attorney for GILSON ARAUJO


_____/s/_____
GEORGE BOISSEAU
Attorney for WANDER CARLOS DE ARAUJO

### [PROPOSED] ORDER

For the reasons stated in the foregoing Stipulation, IT IS HEREBY ORDERED that the Material Witness Arrest warrants are recalled, this Material Witness matter is dismissed, and the Material Witnesses, Gilson Araujo and Wander Carlos De Araujo shall be released FORTHWITH to the custody of Immigration and Customs Enforcement.

Dated: _____          _____
                                HON. EDWARD M. CHEN
                                United States Magistrate Judge